# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARVIN BONILLA-BONILLA, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-15-TES-AGH |
| JOHN BARFIELD, *et al.*, | : |
| Defendants. | : |

## ORDER

Defendants Barfield, Nwabueze, and Monday's ("Medical Defendants") (ECF No. 84) motion to dismiss is pending before the Court. Further development of the record is necessary for a ruling on that motion, so the Court orders that a hearing will be scheduled. The parties are directed as follows:

Plaintiff and the Medical Defendants shall appear at the hearing in person.[1] Within seven (7) days of the date of this Order, Plaintiff and the Medical Defendants shall confer and file a joint list of witnesses they will call at the hearing, indicating which of those witnesses is presently detained in a correctional facility.[2] They shall also provide at least three (3) dates in November and/or December 2024 on which they—and their witnesses—will be available for the hearing.

---

[1] Defendant Sampson may, but is not required to, attend the hearing, either in person or via video.

[2] It is the Court's strong preference that all witnesses appear in person. However, the Court recognizes that there may be security considerations involving witnesses who are detained in a correctional facility. As a result, the Court will consider the parties' requests and arguments that detained witnesses appear via video, with the exception of Plaintiff, who must appear in person.

2

Following Plaintiff and the Medical Defendants' submission, the Court will set the hearing on the motion to dismiss by separate order.

**SO ORDERED and DIRECTED**, this 16th day of October, 2024.

                                                             s/ *Amelia G. Helmick*
                                                   UNITED STATES MAGISTRATE JUDGE

Case 5:23-cv-00015-TES-AGH   Document 87   Filed 10/16/24   Page 2 of 2