IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARVIN BONILLA-BONILLA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:23-cv-15-TES-AGH |
| JOHN BARFIELD, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Defendants Barfield, Monday, and Nwubueze filed a Notice of Stay (ECF No. 90), concerning a Chapter 11 bankruptcy petition filed by Wellpath, LLC in the United States Bankruptcy Court for the Southern District of Texas. *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 11, 2024). These Defendants attached an order issued by the Southern District of Texas enforcing an automatic stay in all lawsuits "in which a Debtor is named as one of the defendants therein." Am. Interim Order 1 n.3, *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 12, 2024), ECF No. 69. In addition to enforcing the automatic stay of claims against a Debtor, the Southern District of Texas also stayed claims against "Non-Debtor Defendants" such as Defendants Barfield, Monday, and Nwubueze. *Id.* at 2. Moreover, although the automatic stay does not extend to Defendant Warden Sampson, the Court finds that the necessity of avoiding inconsistent results and promoting judicial economy justify staying the case as to them also. *See Gulfmark Offshore, Inc. v. Bender Shipbuilding & Repair Co., Inc.*, No. 09-0249-WS-N, 2009

WL 2413664, at *3 (S.D. Ala. Aug. 3, 2009) (extending stay to non-debtor defendants "pursuant to the inherent powers of the Court, and in furtherance of the interests of judicial economy, consistency and justice, even in the absence of a § 362(a) stay of the claims against the [Defendants]"); *Clinton v. Jones*, 520 U.S. 681, 683 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Therefore, in accordance with 11 U.S.C. § 362(a), it is **ORDERED** that this case be **STAYED** as to **ALL DEFENDANTS**. Counsel for Defendants Barfield, Monday, and Nwubueze is **ORDERED** to provide a status report regarding the bankruptcy stay and related proceedings by March 10, 2025, and every thirty days thereafter until the stay is lifted.

**SO ORDERED**, this 10th day of January, 2025.

                                          s/ *Amelia G. Helmick*
                                        UNITED STATES MAGISTRATE JUDGE