IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARVIN BONILLA-BONILLA, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-15-TES-AGH |
| JOHN BARFIELD, *et al.*, | : |
| Defendants. | : |

## ORDER

On January 10, 2025, the Court stayed this case due to a bankruptcy petition filed by Wellpath, LLC ("Wellpath") (ECF No. 99). On May 1, 2025, the United States Bankruptcy Court for the Southern District of Texas confirmed Wellpath's Chapter 11 bankruptcy plan. *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. May 1, 2025). Consequently, the stay in this case is **LIFTED**. The Court further **ORDERS** that:

1. The parties shall have thirty (30) days to file dispositive motions;

2. Defendants John Barfield, Tameika Monday, and Eni Nwabueze shall file a report with the Court within twenty-one (21) days as to the effect of the bankruptcy court's confirmation order on Plaintiff's claims.

**SO ORDERED**, this 2nd day of July, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE