# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| MARVIN BONILLA-BONILLA, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-15-TES-AGH |
| JOHN BARFIELD, *et al.*, | : |
| Defendants. | : |

## ORDER

On July 2, 2025, the Court lifted the bankruptcy stay in this case (ECF No. 106), and in response, Plaintiff filed a motion seeking the entry of a scheduling order and he submitted a proposed Rule 16/26 scheduling timeline (ECF No. 107). In relevant part, Plaintiff states that counsel has newly entered the case after the close of discovery, but that no discovery has been conducted in this case. Pl.'s Mot. for Scheduling Order 3, ECF No. 107.

The Court agrees that the parties are entitled to meaningful discovery. Thus, Plaintiff's motion (ECF No. 107) is **GRANTED-IN-PART**, and the parties are **DIRECTED** to confer and to file with the Court a proposed scheduling order **within fourteen (14) days** of the date of this Order. The parties are advised that this matter has been pending for over two years. Consequently, any proposed scheduling order should complete discovery on an expedited basis.

**SO ORDERED**, this 3rd day of July, 2025.

          s/ *Amelia G. Helmick*
          UNITED STATES MAGISTRATE JUDGE