**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

MARVIN BONILLA-BONILLA,

     Plaintiff,

v.

GEORGIA DEPARTMENT OF
CORRECTIONS; CENTRAL STATE
PRISON; JOHN BARFIELD, Nurse
Practitioner; TAMEIKA MONDAY,
Nurse Practitioner; DOCTOR ENI
NWABUEZE; and WARDEN
GREGORY SAMPSON;

     Defendants.

Civil Action File No.
5:23-cv-15-TES-AGH

## SCHEDULING AND DISCOVERY ORDER

In accordance with this Court's Order, entered on July 3, 2025 (ECF No. 108), the

parties to this action jointly proposed and the Court adopts this Scheduling and Discovery

Order containing deadlines and limitations as follows:

    **I.**    **Nature of Case:**

        Plaintiff, Marvin Bonilla-Bonilla, has asserted a claim under 42 U.S.C. § 1983
        for deliberate indifference to serious medical needs against
        Defendants, Doctor Eni Nwabueze, Tameika Monday, NP, and John Barfield,
        NP. Plaintiff also asserted a deliberate indifference to safety claim against
        Warden Gregory Sampson.

    **II.**    **Counsel of Records:**

        Craig T. Jones
        Statewide Trial Practice
        CRAIG T. JONES, P.C.
        PO BOX 66
        Savannah, GA 31402
        678-643-0062
        craigthomasjones@outlook.com
        *Counsel for Plaintiff*

Shelley T. Milton
Georgia Department of Law
40 Capitol SQ SW
Atlanta, GA 30334
404-458-3620
smilton@law.ga.gov
*Counsel for Warden Gregory Sampson*

David M. Clarke
Gordon Rees Scully Mansukhani, LLP
55 Ivan Allen Jr. Blvd., NW, Suite 750
Atlanta, Georgia 30308
404-978-7337
dclarke@grsm.com
*Counsel for Doctor Eni Nwabueze, Tameika Monday, NP, and John Barfield, NP*

III.    **Complaint and Answer filing dates:**

a.  Second Recast Complaint was filed <u>March 7, 2023.</u>

b.  Deadline for Answers or Responsive Pleadings to the Recast Complaint due <u>July 31, 2025</u>.[1]

c.  Last day to file Motions to Amend or add Parties: <u>September 15, 2025.</u>

IV.    **Fact Discovery**

Rule 26(a)(1) Initial Disclosures shall be due <u>August 15, 2025.</u>

The time for fact discovery to be conducted in this case shall expire <u>November 15, 2025.</u>

If a party believes that more time for discovery is needed, an appropriate motion, accompanied by a proposed order for the Court, may be filed setting forth good cause for an extension.

V.    **Expert Discovery**

a.  **Designation of Experts**

i.  Plaintiff must disclose the identity of any expert witness on or before <u>November 17, 2025</u>.

---

[1] A stay of this case was put into effect before Defendants, Doctor Eni Nwabueze, Tameika Monday, NP, and John Barfield, NP filed their Answer following the briefing and, ultimate, withdrawal of their Motion to Dismiss. (ECF No. 89)

        ii.   Defendants must disclose the identity of any expert witness on or before <u>January 2, 2026</u>.

**b. Expert Reports**

        i.   Plaintiff must furnish expert witness reports for each identified expert witness on or by <u>December 17, 2025</u>.

        ii.   Defendants must furnish expert witness reports for each identified expert witness on or before <u>February 2, 2026</u>.

Expert reports shall comply with Federal Rule of Civil Procedure 26(a)(2)(B). Any supplemental expert reports must be served on or before <u>February 14, 2026</u>. No additional supplemental reports may be disclosed or provided after this date without leave of Court.

**c. Expert Depositions**

        i.   Last day to depose expert witnesses: <u>March 4, 2026</u>.

**VI.   Discovery Limitations or Need for Protective Order**

The parties agree that requests for admission that are propounded solely to authenticate documents as provided for under Federal Rule of Civil Procedure 36(a)(1)(B) are excluded from Local Rule 36's limitation on the number of requests to admit that can be propounded.

**VII.   Discovery Disputes**

Before moving for an order relating to discovery, including motions to compel or contested motions for protective orders, the movant must contact the Courtroom Deputy to request a telephone conference with the Court.

**VIII.   Dispositive and Daubert Motions:**

a. Last day to file Dispositive and Daubert Motions (except motions in limine): <u>May 3, 2026.</u>

**SO ORDERED**, this 25th day of July, 2025.

                                  s/ *Amelia G. Helmick*
                                  UNITED STATES MAGISTRATE JUDGE