IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARVIN BONILLA-BONILLA,                     *

            Plaintiff,                          *

v.                                          Case No.  5:23-cv-00015-TES-AGH

                               *

GEORGIA DEPARTMENT OF
CORRECTIONS et al ,                         *

            Defendants.                         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated February 2, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 3rd day of February, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk